Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sessions, Fishman & Nathan in California, L.L.P.
3667 Voltaire Street
San Diego, CA  92106
Tel: 619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Afni, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYLOR, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>AFNI, INC., a corporation; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.: 07-CV-00215  AWI TAG<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON<br><br>Fed. R. Civ. P. 41(a)(1) |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Charles Traylor, and Defendant, Afni, Inc., stipulate, as follows:

///

///

///

///

///

The dispute between the parties has been settled and, therefore, the claims asserted by Plaintiff, Charles Traylor, against Defendant, Afni, Inc., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

                                            McCoy, Turnage & Robertson, APLC

Dated:                              /s/  Lilys D. McCoy
                                    Lilys D. McCoy
                                    Attorney for Plaintiff
                                    Charles Traylor

                                    Sessions, Fishman & Nathan in California, LLP

Dated:                              /s/  Debbie P. Kirkpatrick
                                    Debbie P. Kirkpatrick
                                    Attorney for Defendant
                                    Afni, Inc.

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action

based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii)

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.


**Dated:   April 17, 2007**          /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE